```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHAONIAN LUAN, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW[1], Director, United States Citizenship and Immigration Services, *et al.*,<br><br>           Defendants. | Case No. 3:25-cv-04320-LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 27, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiffs filed this action seeking adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status. On July 24, 2025, United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiffs' Form I-485 applications. Plaintiffs have requested additional time to allow for their permanent resident cards to arrive by mail. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 27, 2025, at which

---

[1] Joseph B. Edlow is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
Case No. 3:25-cv-04320-LJC                         1

time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 28, 2025

Respectfully submitted[2],

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: July 28, 2025

/s/ Erdogan Tunc
ERDOGAN TUNC
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 28, 2025

HON. LISA J. CISNERO
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.